IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA L. GIBSON,<br>   Plaintiff, | )<br>)<br>) |
| vs | ) Civil Action No. 05-190<br>) |
| HART & COOLEY, INC.,<br>   Defendant. | )<br>)<br>) |

O R D E R

AND NOW, this 3d day of October, 2005, after the plaintiff filed an amended complaint in the above-captioned case, and after the defendant moved to dismiss as time-barred all allegations in the amended complaint which are said to have occurred prior to November 7, 2003, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendant's response to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion to dismiss as time-barred all allegations of discriminatory acts in the amended complaint which are said to have occurred prior to November 7, 2003 (Docket No. 9) is granted.

/s/ William L. Standish
United States District Judge

cc:  All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge